UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-----------------------------------------------------X   21-CV-10894 JPC

FROM:   VITO GENNA, CLERK
          UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                    BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Annie Brown
BANKRUPTCY DOCUMENT #: 9588

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

     X   FRBP 8009
     ___ Federal Rules of Civil Procedure (Rule _____)
     X   28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
     ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
         York.

| | |
|---|---|
| Dated: **July 8, 2022** | Vito Genna, Clerk |
| New York, New York | U.S. Bankruptcy Court, SDNY |
| | |
| | By:   s/ Anatin Rouzeau |
| | Deputy Clerk |

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 8____ 20 22                  _____
      New York, New York                                 Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____           Ruby J. Krajick , Clerk
                                                        District Court, SDNY

                                                                By: _____
                                                                     Deputy Clerk